UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

NADINE TOWNSEND

                                      Plaintiff,

    v.

                                      Civil Action No.
                                  1:10-cv-1304 (GLS/DRH)

HONORABLE JORGE SOLIS,
U.S. District Judge

                                      Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

NADINE TOWNSEND
Plaintiff *Pro Se*
911 Central Avenue, #329
Albany, New York 12206


GARY L. SHARPE,
U.S. DISTRICT JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed November 17, 2010. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

    No objections having been filed, and the court having reviewed the

Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed November 17, 2010 (Dkt. No. 3) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED, that the claims against U.S. District Judge Jorge Solis are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) and N.D.N.Y.L.R. 5.4(a) and the complaint herein is dismissed; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties by regular mail.

IT IS SO ORDERED.

Dated:   December 23, 2010
         Albany, New York

Gary L. Sharpe
U.S. District Judge